# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

No. 1D19-4089

———————————————————

TERRANCE M. GARRISON,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

———————————————————

Petition for Writ of Habeas Corpus—Original Jurisdiction.

September 30, 2020

PER CURIAM.

The petition for writ of habeas corpus is denied on the merits. *See Taylor v. State*, 608 So. 2d 804, 805 (Fla. 1992) ("[W]e hereby reiterate that aggravated assault is not a category-one necessarily lesser included offense of armed robbery.")); *Bell v. State*, 114 So. 3d 229, 231 (Fla. 5th DCA 2013) ("Since that clarification [in *Taylor*], the district courts have uniformly held that separate convictions for robbery with a firearm and aggravated assault with a firearm do not violate double jeopardy.") (citations omitted); *see also* Fla. R. Crim. P. 3.140(o) (providing that an information will not be dismissed nor the judgment arrested nor a new trial granted based on a defect in the form of the information "unless the court shall be of the opinion that the . . . information is so vague, indistinct, and indefinite as to mislead the accused and embarrass

him or her in the preparation of a defense or expose the accused after conviction or acquittal to substantial danger of a new prosecution for the same offense").

RAY, C.J., and BILBREY and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Terrance M. Garrison, pro se, Petitioner.

Ashley Moody, Attorney General, Tallahassee, for Respondent.